■ In the Matter of JONATHAN BRYANT, Appellant, v CHARLES BRUNELLE, as Superintendent of Wende Correctional Facility, et al., Respondents. [726 NYS2d 315] —Judgment unanimously affirmed without costs. Memorandum: Petitioner, an inmate at Wende Correctional Facility, commenced this CPLR article 78 proceeding to challenge administrative determinations denying his grievance concerning the medical care and treatment provided by a prison podiatrist who examined petitioner for foot problems. Petitioner also sought an examination by a different podiatrist and asked to be provided with orthopedic-style high-top sneakers and foot inserts. Supreme Court properly dismissed the petition. In order for a prisoner to prevail on a claim that he has been denied adequate medical care, he must demonstrate that prison officials acted in a manner "sufficiently harmful to evidence deliberate indifference to serious medical needs" (*Estelle v Gamble*, 429 US 97, 106, *reh denied* 429 US 1066; *see, Matter of Singh v Eagen*, 236 AD2d 654, 654-655; *Matter of De Flumer v Dalsheim*, 122 AD2d 872, 873, *lv denied* 68 NY2d 612; *Matter of Ronson v Commissioner of Correction*, 112 AD2d 488, 489; *Matter of Stephens v Ward*, 63 AD2d 798, 799). Mere negligence in diagnosis and treatment by a prison physician will not entitle an inmate to relief (*see, Estelle v Gamble, supra*, at 105-106; *Matter of Ronson v Commissioner of Correction, supra*, at 489). Upon our review of the record, we agree with the court that petitioner failed to demonstrate that respondents were deliberately indifferent to his "serious medical needs" (*Estelle v Gamble, supra*, at 106). We also conclude that petitioner failed to demonstrate that the determinations denying his grievance were affected by an error of law or arbitrary and capricious (*see, Matter of Amaker v Goord*, 280 AD2d 792; *Matter of Singh v Eagen, supra*, at 655). (Appeal from Judgment of Supreme Court, Erie County, Burns, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.